UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMECKA WIMBERLEY,<br><br>    Plaintiff,<br><br>v.<br><br>CHIME FINANCIAL, INC.,<br><br>    Defendant. | Case No. 2:24-cv-01031-SB-KES<br><br><br>ORDER OF DISMISSAL |

The parties filed a stipulation to stay this matter pending arbitration.  Dkt. No. 18.  Pursuant to the stipulation, Plaintiff's claims shall be submitted to binding arbitration before the American Arbitration Association in accordance with its Consumer Rules, and Plaintiff is responsible for initiating the arbitration.

The Court may stay or dismiss an action when all claims are subject to arbitration and the parties agree to arbitrate the claims.  *See Johnmohammadi v. Bloomingdale's, Inc.*, 755 F.3d 1072, 1074 (9th Cir. 2014) (noting that a district court may stay or dismiss an action when all claims are subject to arbitration).  This case is hereby DISMISSED without prejudice.

Any party objecting to dismissal must file an objection along with an explanation for the objection no later than May 15, 2024.  If an objection is filed, all parties must appear in person for a hearing on May 24, 2024 at 8:30 a.m. in Courtroom 6C.  Absent any objection, this order will become final and the hearing will be vacated without further order of the Court.

Date: May 6, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge